No. 946. VARNELL *v.* COMMISSIONER OF INTERNAL REVENUE. June 3, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit

denied. *Messrs. W. T. Kennerly* and *Clyde W. Key* for petitioner. *Solicitor General Reed, Assistant Attorney General Wideman,* and *Messrs. Sewall Key* and *Lucius A. Buck* for respondent.